COMMERCIAL REALTY INCORPORATION, a corporation of the State of Delaware, *v.* HERMAN A. JACKSON and VICTORIA B. JACKSON.

(*January* 6, 1933.)

PENNEWILL, C. J., HARRINGTON and RICHARDS, J. J., sitting.

*Wilbur L. Adams* for plaintiff.

*Josiah Marvel* (of Marvel, Morford, Ward and Logan) for defendants.

Superior Court for New Castle County. Judgment No. 765, September Term, 1931, for the real debt of $115.50.

HARRINGTON, J., delivering the opinion of the Court:

That this court has equitable powers over its own judgments in certain plain cases must be conceded; and this case is clearly within that principle. *Barnett v. Lynch*, 1 *Marv.* 114, 40 *A.* 666. See, also, *Tweed v. Lockton*, 5 *W. W. Harr.* (35 *Del.*) 474, 167 *A.* 703, and cases cited in the note to that case.

The motion of the defendants in the judgment to vacate it and to strike it from the record is, therefore, granted.